UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOLLY ZUPOFSKA,           )<br>                              )<br>          Plaintiff,       )<br>                              )<br>v.                            )<br>                              )<br>WYNDHAM INTERNATIONAL, INC. )<br>                              )<br>          Defendant.      )<br>                              ) | C.A. No.:<br><br>**05 11532 RWZ** |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Wyndham International, Inc., in the above captioned matter.

>
> The Defendant,
> Wyndham International, Inc.,
> By its Attorney,
>
> /s/ Eric M. Chodkowski
>
> Eric M. Chodkowski
> B.B.O. No.: 648629
> Taylor, Duane, Barton & Gilman, LLP
> 160 Federal Street, 5th Floor
> Boston, MA  02110
> (617) 654-8200

## CERTIFICATE OF SERVICE

I, Eric M. Chodkowski, Esq., hereby certify that on this 20th day of July, 2005, I served a copy of the above, by overnight mail, postage prepaid to: William F. Gately, Jr., Esq., 400 Washington Street, Braintree, MA 02185, attorney for the plaintiff.

/s/ Eric M. Chodkowski
Eric M. Chodkowski