UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HOLLY ZUPOFSKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WYNDHAM INTERNATIONAL, INC. ) <br> ) <br> Defendant. ) | C.A. No.: <br><br><br><br><br><br><br><br> **05 11532 RWZ** |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Wyndham International, Inc., in the above captioned matter.

>The Defendant,
>Wyndham International, Inc.,
>By its Attorney,
>
>*/s/ Edward D. Shoulkin*
>Edward D. Shoulkin
>B.B.O. No.: 555483
>Taylor, Duane, Barton & Gilman, LLP
>160 Federal Street, 5th Floor
>Boston, MA  02110
>(617) 654-8200

### CERTIFICATE OF SERVICE

I, Edward D. Shoulkin, Esq., hereby certify that on this 20th day of July, 2005, I served a copy of the above, by overnight mail, postage prepaid to: William E. Gately, Jr., Esq., 400 Washington Street, Braintree, MA 02185, attorney for the plaintiff.

*/s/ Edward D. Shoulkin*
Edward D. Shoulkin