UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOLLY ZUPOFSKA, | C.A. No.: 05-11532 RWZ |
| Plaintiff, | |
| v. | |
| WYNDHAM INTERNATIONAL, INC. | |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 for the United States District Court for the District of Massachusetts, the defendant, Wyndham International, Inc., hereby states that it is a Delaware corporation with its principal place of business in Dallas, Texas. No parent corporation or publicly held company owns ten percent (10%) or more of Wyndham International, Inc.'s stock.

The Defendant,
Wyndham International, Inc.,
By its Attorneys,

_/s/ Eric M. Chodkowski_
Edward D. Shoulkin
B.B.O. No.: 555483
Eric M. Chodkowski
B.B.O. No.: 648629
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA 02110

### CERTIFICATE OF SERVICE

I, Eric M. Chodkowski, hereby certify that on July 20, 2005, I caused a copy of the Defendant's Corporate Disclosure Statement to be served by overnight mail, postage prepaid to William E. Gately, Jr., 400 Washington Street, Braintree, MA 02185, attorney for the plaintiff.

_/s/ Eric M. Chodkowski_
Eric M. Chodkowski