UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOLLY ZUPOFSKA,<br><br>    Plaintiff,<br><br>v.<br><br>WYNDHAM INTERNATIONAL, INC.<br><br>    Defendant. | C.A. No.: 05-11532 RWZ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 for the United States District Court for the District of Massachusetts, the defendant, Wyndham International, Inc., hereby states that it is a Delaware corporation with its principal place of business in Dallas, Texas. No parent corporation or publicly held company owns ten percent (10%) or more of Wyndham International, Inc.'s stock.

The Defendant,
Wyndham International, Inc.,
By its Attorneys,

_____
Edward D. Shoulkin
B.B.O. No.: 555483
Eric M. Chodkowski
B.B.O. No.: 648629
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA  02110

### CERTIFICATE OF SERVICE

I, Eric M. Chodkowski, hereby certify that on July 26, 2005, I caused a copy of the Defendant's Corporate Disclosure Statement to be served by overnight mail, postage prepaid to William E. Gately, Jr., 400 Washington Street, Braintree, MA 02185, attorney for the plaintiff.

_____
Eric M. Chodkowski