UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOLLY ZUPOFSKA<br>　　　　　　Plaintiff<br><br>V.<br><br>WYNDHAM INTERNATIONAL, INC.<br>　　　　　Defendant | CIVIL ACTION<br><br>NO.  05-11532-RWZ |

## JUDGMENT

ZOBEL, D. J.

In accordance with the ENDORSED ORDER  entered 8/22/05;

JUDGMENT is entered for DISMISSING the complaint.

　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,


　8/23/05　　　　　　　　　　　　　　　　　s/ Lisa A. Urso
Date　　　　　　　　　　　　　　　　　　　　Deputy Clerk